UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAKKEN CONTRACTING, LLC, d/b/a BC CONTRACTING,<br><br>Plaintiff,<br><br>vs.<br><br>THE VENUE AT WERNER PARK, LLC,<br><br>Defendant. | Case No. 8:21-cv-269<br><br><br><br>**COMPLAINT AND JURY DEMAND** |

The Plaintiff, Bakken Contracting, LLC d/b/a BC Contracting ("BC Contracting") for its Complaint against the Defendant, The Venue at Werner Park, LLC ("The Venue at Werner Park"), respectfully states:

**PARTIES**

1. BC Contracting is organized under the laws of the state of North Dakota and maintains its principal office in Fargo, North Dakota. The members of BC Contracting are RHR Construction, Inc. and PROffutt, LP. RHR Construction, Inc. maintains its principal office in Fargo, North Dakota. The partners of PROffutt, LP are Rondi McGovern ("McGovern"), Shelly Neal ("Neal"), Christi Offutt ("C. Offutt") and Ryan Offutt ("R. Offutt") and RDO Family, LLC. The members of RDO Family, LLC are McGovern, Neal, C. Offutt and R. Offutt, who are each citizens of the state of North Dakota.

2. The Venue at Werner Park is organized under the laws of the state of Wyoming and maintains its principal office in Austin, Texas. Upon information and belief, the members of The Venue at Werner Park are citizens of a state other than North Dakota.

**JURISDICTION AND VENUE**

3. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000.00.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a

1

substantial part of the events giving rise to BC Contracting's claims occurred in this district and the property that is the subject of this action is located in this district.

5. Personal jurisdiction is proper against The Venue at Werner Park because it has sufficient minimum contacts with the state of Nebraska as described herein.

## FACTUAL BACKGROUND

6. On or about August 21, 2018, BC Contracting and The Venue at Werner Park entered into a construction contract (the "Contract") for construction of a U.S. Department of Housing and Urban Development ("HUD") financed apartment complex containing several apartment buildings, a club associated community area, parking lot with drive lanes, and various other surrounding structures and landscaping known as The Venue at Werner Park located at 120th & Ballpark Way, Papillion, Nebraska (the "Project").

7. The original contract price for the Project based upon value engineering was $21,122,904.00. That price increased by $912,101.53 following change orders approved by The Venue at Werner Park for a total contract price for the Project of $22,035,005.53.

8. BC Contracting has performed all work on the Project as required under the Contract in a good and workmanlike manner and has made application for payment in accordance with the terms of the Contract.

9. The Venue at Werner Park has failed and refused to make or approve payment to BC Contracting in accordance with the terms of the Contract.

10. After giving The Venue at Werner Park credit for all payments made, there remains an unpaid balance of $1,098,723.00, which amount is due and owing to BC Contracting.

## FIRST CAUSE OF ACTION
### Breach of Contract

11. BC Contracting incorporates by this reference its allegations in paragraphs 1 through 10 above as if fully set forth herein.

12. BC Contracting has performed all work on the Project as required under the

Contract.

13. The Venue at Werner Park has made partial payment to BC Contracting, but has failed and refused to pay the remaining amount due and owing to BC Contracting under the Contract despite demand for the same.

14. BC Contracting has duly performed all requirements and conditions precedent under the Contract.

15. The Venue at Werner Park's failure and refusal to provide payment for the materials and services provided by BC Contracting constitutes a material breach of the Contract.

## SECOND CAUSE OF ACTION
### Violation of Nebraska Construction Prompt Payment Act

16. BC Contracting incorporates by this reference its allegations in paragraphs 1 through 15 above as if fully set forth herein.

17. BC Contracting has performed its work in accordance with the Contract and all conditions precedent to payment have been satisfied.

18. The Venue at Werner Park was required to make payment within thirty (30) days of receipt of BC Contracting's request for payment.

19. The Venue at Werner Park's failure and refusal to pay BC Contracting for work performed on the Project within thirty (30) days after receipt of BC Contracting's payment request is a violation of Neb. Rev. Stat. § 45-1203(1).

20. BC Contracting is entitled to interest and attorney fees pursuant to Neb. Rev. Stat. § 45-1205.

## THIRD CAUSE OF ACTION
### Restitution/Unjust Enrichment

21. BC Contracting incorporates by this reference its allegations in paragraphs 1 through 20 above as if fully set forth herein.

22. Construction materials and services were provided by BC Contracting to The Venue at Werner Park as set forth herein.

23. BC Contracting has allowed the materials and services to be provided by BC Contracting and The Venue at Werner Park has benefited from the providing of such materials and services by BC Contracting.

24. The fair and reasonable value of the materials and services provided by BC Contracting for which BC Contracting has not been paid is $1,098,723.00.

25. To allow The Venue at Werner Park to avoid paying in full for the materials and services provided by BC Contracting would be inequitable and unconscionable.

WHEREFORE, BC Contracting prays for judgment against The Venue at Werner Park in the amount of $1,098,723.00, together with interest at the statutory rate of twelve percent (12%) per annum or as otherwise provided by law, plus costs of this action and attorney fees pursuant to Neb. Rev. Stat. § 45-1205, post-judgment interest at the statutory rate and such other and further relief as is just and equitable.

## DEMAND FOR JURY TRIAL

BC Contracting hereby demands a jury trial in Omaha, Nebraska on all claims and issues so triable.

Dated: July 20, 2021.

        BAKKEN CONTRACTING, LLC, d/b/a BC CONTRACTING,

By: s/ Erin R. Robak
Robert L. Lepp, #15711
Erin R. Robak, #23407
James D. "J.D." Johnson, #25987
MCGILL GOTSDINER
  WORKMAN & LEPP, P.C.
11404 W. Dodge Road, Suite 500
Omaha, Nebraska 68154
(402) 492-9200
boblepp@mgwl.com
erinrobak@mgwl.com
jdjohnson@mgwl.com

*Attorneys for Plaintiff*