IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAKKEN CONTRACTING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE VENUE AT WERNER PARK, LLC,<br><br>Defendant. | 8:21CV269<br><br>ORDER |

    This matter is before the Court on Gershman Investment Corp.'s ("Gershman") Motion to Intervene to File a Complaint in Interpleader. ([Filing No. 86](#).) Gershman seeks to deposit funds from an escrow account into the Court registry, and to be discharged from any further liability upon deposit of the funds. Plaintiff filed a response to Gershman's motion, indicating Plaintiff does not oppose the motion, but reserves the right to contest Gershman's interpleader complaint and/or to assert a claim to any funds Gershman deposits into the Court. No other party has responded to the motion.

    Having considered the matter,

    **IT IS ORDERED** that Gershman's Motion to Intervene to File a Complaint in Interpleader ([Filing No. 86](#)) is granted. Gershman shall file its Complaint in Interpleader by May 26, 2023.

    Dated this 19th day of May, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge