IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAKKEN CONTRACTING, LLC, d/b/a BC Contracting,<br><br>    Plaintiff,<br><br>v.<br><br>THE VENUE AT WERNER PARK, LLC,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>WESTERN SURETY COMPANY,<br><br>    Third-Party Defendant. | Case No. 8:21-cv-00269-BCB-MDN<br><br>**ORDER FOR RELEASE OF FUNDS** |
| BAKKEN CONTRACTING, LLC, d/b/a BC Contracting,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>SEAN NEGUS CONSTRUCTION, LLC, R2 PLUMBING, LLC, GRAND RAPIDS POURED WALLS, INC., d/b/a Cherry Valley Concrete, and MAHONEY FIRE SPRINKLER, INC.,<br><br>    Third-Party Defendants. | |

    This matter comes before the Court on the Joint Motion of Plaintiff/Third-Party Plaintiff, Bakken Contracting LLC, d/b/a BC Contracting (BC Contracting), and Defendant/Third-Party Plaintiff, The Venue at Werner Park, LLC (The Venue), at Filing 236 to withdraw funds from the Court registry pursuant to https://www.westlaw.com/Document/NCDE826B0A35911D88B25BBE406C5D950/View/FullText.html?transitionType=Default&contextData=(sc.Default)&VR=3.0&RS=da3.028 U.S.C. §

1

2042, Federal Rule of Civil Procedure 67(b), and NECivR 67.1(d) and in furtherance of the parties' settlement agreement. The Court having reviewed the Joint Motion and the docket finds that the Joint Motion should be granted. Accordingly,

IT IS ORDERED:

1.   That BC Contracting's and The Venue's Joint Motion to Withdraw Funds pursuant to https://www.westlaw.com/Document/NCDE826B0A35911D88B25BBE406C5D950/View/FullText.html?transitionType=Default&contextData=(sc.Default)&VR=3.0&RS=da3.028 U.S.C. § 2042, Federal Rule of Civil Procedure 67(b), and NECivR 67.1(d), Filing 236, is granted;

2.   That The Venue is allowed to withdraw and the Clerk of Court shall release to The Venue $437,500.00 from the funds in the Court Registry Investment Ownership Fund; and

3.   That BC Contracting is allowed to withdraw and the Clerk of Court shall release to BC Contracting the remaining balance of the funds deposited in the Court Registry Investment Ownership Fund, including earned interest.

IT IS FURTHER ORDERED that Payees shall each provide the Clerk's Office with a completed AO-213P available at https://www.ned.uscourts.gov/internetDocs/forms/AO_213P.pdf.

Dated this 16th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge