IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAKKEN CONTRACTING, LLC, d/b/a BC Contracting,<br><br>        Plaintiff(s),<br><br>vs.<br><br>THE VENUE AT WERNER PARK, LLC,<br><br>        Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>WESTERN SURETY COMPANY,<br><br>        Third-Party Defendant.<br><br>BAKKEN CONTRACTING, LLC, d/b/a BC Contracting,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>SEAN NEGUS CONSTRUCTION, LLC; R2 PLUMBING, LLC; GRAND RAPIDS POURED WALLS, INC., d/b/a Cherry Valley Concrete; and MAHONEY FIRE SPRINKLER, INC.,<br><br>        Third-Party Defendants | 8:21CV269<br><br>**FINAL JUDGMENT IN FAVOR OF SNC PURSUANT TO THE COURT'S AMENDED MEMORANDUM AND ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

       Pursuant to the Court's Amended Memorandum and Order Regarding Motions for Summary Judgment, Filing 196, the Stipulation of Satisfaction of Judgment, Filing 235, and the Satisfaction of Judgment, Filing 240,

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Sean Negus Construction, LLC, (SNC) on SNC Counterclaim against BCC and Cross Claim against Western in the amount of $75,763.80.

       Dated this 12th day of November, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge